UNITED STATES of America,
Plaintiff–Appellee,

v.

Lorenzo Deshon STEPHENS,
Defendant–Appellant.

No. 13–6747.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 22, 2013.

Decided: Aug. 27, 2013.

Lorenzo Deshon Stephens, Appellant pro se. Roderick Charles Young, Assistant United States Attorney, Richmond, Virginia, for Appellee.

---

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Deshon Stephens appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). Our review of the record convinces us that the district court did not abuse its discretion in denying Stephens a reduction of sentence on the basis of public safety. Accordingly, we affirm for the reasons stated by the district court. *United States v. Stephens*, No. 3:06–cr–00281–HEH–1 (E.D.Va. Jan. 9, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*